No. 735. BRANDYWINE HUNDRED REALTY Co. v. COTILLO. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles F. Curley* for petitioner. *Mr. Reuben Satterthwaite, Jr.*, for respondent.

No. 660. FARRINGTON v. CALIFORNIA. See same case, *ante*, p. 530.

No. 827. LOGAN v. UNITED STATES. April 11, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Messrs. James A. O'Shea, John H. Burnett*, and *Alfred Goldstein* for petitioner. No appearance for the United States.

No. 681. JONES ET AL. v. BOX ELDER COUNTY ET AL. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Dan B. Shields* for petitioners. *Mr. Lewis Jones* for respondents.

No. 671. ENDICOTT, TRUSTEE, v. UNITED STATES. April 11, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Merrill S. June* for petitioner. *Solicitor General Thacher*, Assistant Attorney General *Rugg*, and *Messrs. Claude R. Branch, Joseph H. Sheppard, Bradley B. Gilman*, and *Wm. H. Riley, Jr.*, for the United States.

No. 733. WELCH INSURANCE AGENCY v. BRAST, COLLECTOR OF INTERNAL REVENUE. April 11, 1932. Peti-